1
2
3
4
5
6
7
8
9                           UNITED STATES DISTRICT COURT

10                         SOUTHERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,              CASE NO.:  22-cr-01856-JLS

                      Plaintiff,            Hon. Janis L. Sammartino
13

14          v.

15   JOSE ALFREDO RAMIREZ-                  ORDER TO CONTINUE MOTION
     AHUACATITAN,                              HEARING/ TRIAL SETTING
16
                      Defendant.
17

18          Pursuant to joint motion and good cause appearing, IT IS HEREBY

19   ORDERED that the Motion Hearing/ Trial Setting currently set for September 23,

20   2022, be continued to **October 21, 2022, at 1:30 p.m.**  The Court finds that the

21   time is excludable under 18 U.S.C. § 3161(h)(1)(D).

22          IT IS SO ORDERED.

23   Dated:  September 21, 2022

24                                          Hon. Janis L. Sammartino
                                            United States District Judge
25

26

27

28